UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
NICOLE HOWCROFT,                   )
                                   )
          Plaintiff,               )
                                   )
     v.                            )   C.A. No. 15-201 S
                                   )
CAROLYN COLVIN, Acting             )
Commissioner of the Social         )
Security Administration,           )
                                   )
          Defendant.               )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On April 29, 2016, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in this appeal of the Social Security Administration's decision to deny Plaintiff Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (ECF No. 17.) Magistrate Judge Sullivan recommended that this Court deny Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 13) and grant Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 14). No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).

The R&R is ADOPTED and

(1) Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 13) is DENIED; and

(2) Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 14) is GRANTED.

IT IS SO ORDERED.

/s/ W. E. Smith
_____
William E. Smith
Chief Judge
Date:  May 31, 2016